IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Danielle P Morreira <br>     Plaintiff <br><br> vs. <br><br> James Anthony Cambece and <br> J.A. Cambece Law Office, P.C. <br>     Defendants | \* <br> \* <br> \* <br> \*     Case No.: 1:08-cv-11642-JLT <br> \* <br> \* <br> \* <br> \* |

**NOTICE OF DISMISSAL WITH PREJUDICE**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41, Danielle P Morreira, Plaintiff, hereby stipulates to and gives notice of the dismissal with prejudice of the above-entitled and numbered action.

Respectfully submitted,

/s/ Roger C. Stanford

Roger C. Stanford
Stanford & Schall
100 Eighth Street
New Bedford, MA 02740
508-994-3393
Fax: 508-994-3368
Email: rogerstanf@aol.com

ATTORNEY FOR PLAINTIFF